IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RODNEY JO HAAG                                                      PLAINTIFF

v.                          Case No. 11-2013

BRANDY PEREZ, *et al.*                                             DEFENDANTS

**ORDER**

Now on this 27th day of April 2011, there comes on for consideration the report and recommendation filed herein on March 17, 2011, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 5). Plaintiff did not file timely, written objections.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED on the grounds that the claims are asserted against individuals who are immune from suit. *See* 28 U.S.C. § 1915A(b). Plaintiff is advised that this dismissal is considered a "strike" for purposes of the Prison Litigation Reform Act. 28 U.S.C. § 1915(g). The U.S. District Clerk is directed to appropriately flag this case. Further, Plaintiff's Motion to Proceed IFP (doc. 1) is DENIED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**